585 A.2d 365

STATE OF NEW JERSEY v. RICHARD SIACA, SR.

September 4, 1990.

Petition for certification denied.

585 A.2d 365

STATE OF NEW JERSEY v. ALONZO KOON.

September 4, 1990.

Petition for certification denied.

585 A.2d 365

STATE OF NEW JERSEY v. VINCENT BAKER.

September 4, 1990.

Petition for certification denied.

585 A.2d 365

STATE OF NEW JERSEY v. NATHANIEL THOMPSON.

September 4, 1990.

Petition for certification denied.

585 A.2d 365

STATE OF NEW JERSEY v. JOHN DENNIS.

September 4, 1990.

Petition for certification denied.